UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARY ALICE MEGGIOLARO,<br><br>                      Plaintiff,<br><br>     v.<br><br>LAGNIAPPE PHARMACY SERVICES,<br>SYSTEM TRAINING SPECIALISTS, INC.,<br>and JOHN DOES 1 through 4,<br><br>                     Defendants. | CIVIL ACTION NO. 17-CV-00470-CJB<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the claims asserted in the above-captioned matter by Plaintiff, Mary Alice Meggiolaro, against Defendants, Lagniappe Pharmacy Services, LLC, and System Training Specialists, Inc. are hereby dismissed with prejudice and without costs against either party.

RONALD NAGLE, P.C.

_____
RONALD T. NAGLE, ESQ.

**Attorneys for Plaintiff,
Mary Alice Meggiolaro**

Dated: 1/17/18

CONNOLLY GALLAGHER, LLP

_____
TIMOTHY M. HOLLY, ESQ. (Del. Bar No. 4106)
(Local Counsel)

Dated: 2/1/18

{00773056; 1 }

SCHWARTZ EDELSTEIN
LAW GROUP

_/s/_____
STEFANI C. SCHWARTZ, ESQ.

Attorneys for Defendants
Lagniappe Pharmacy Services, LLC, and
System Training Specialists, Inc.

Dated: 2/1/18

TIGHE & COTTRELL, P.A.

_/s/_____
JASON CUMMINGS, ESQ. (Del. Bar No. 5735)
(Local Counsel)

Dated: 2/1/18

{00773056; 1 }